UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

WALKER TRUESDELL                                          Docket Number: 11 CV 5864 (SAS)

      -against-                                              NOTICE OF ASSIGNMENT

ARCHON GROUP
-------------------------------------------------------

The above-entitled action is:

---

[ ] Declined by Hon.
    As  [ ] Related/ [ ] Similar to case #:

---

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                    , Magistrate Judge

---

[ X ] Accepted by Hon. SHIRA A. SCHEINDLIN (SAS)    as [ X ] Related/ [ ] Similar to case #:11 CV 5394
[ X ] Designated  [ ] Redesignated Hon. KEVIN N. FOX (KNF), Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                      Ruby J. Krajick
                                                      Clerk of Court

Dated: 09/16/2011                                          By:    PHYLLIS ADAMIK
                                                                         Deputy Clerk