UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC., *et al.*,<br><br>   Debtor. | Chapter 11<br><br>Case No. 09-13764<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of Extended Stay Litigation Trust, HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST<br><br>   Plaintiffs,<br><br>v.<br><br>ARCHON GROUP, L.P., individually and as servicer; STARWOOD CAPITAL GROUP GLOBAL, L.P.; DEBT U ESH, L.P., DEBT II ESH, L.P.; WACHOVIA BANK, N.A.; SQUARE MILE CAPITAL MANAGEMENT, LLC; ESH OWNER, LLC; KEYBANK, N.A.; U.S. BANK, N.A., not individually but solely as Trustee for Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 and the Federal Reserve Bank of New York; and DOES 1 through 100, inclusive,<br><br>   Defendants. | Adv. Pro. No. 11-2259 and<br><br>Case No. 11-05864<br><br>**DECLARATION OF SCOTT CHILDS IN SUPPORT OF THE JOINDER OF KEYBANK, NATIONAL ASSOCIATION, IN THE OPPOSITION OF WACHOVIA BANK, N.A. TO THE TRUSTEE'S MOTION TO WITHDRAW THE REFERENCE** |

BUCHANAN INGERSOLL & ROONEY PC
1290 Avenue of the Americas, 30th Floor
New York, NY  10104
212-440-4562

*Attorneys for Defendant KeyBank, National Association*

Dated: September 9, 2011

I, SCOTT CHILDS, pursuant to 28 U.S.C. § 1746, declare under the penalty of perjury that the foregoing is true and correct:

1. I am a Senior Vice President of KeyBank, National Association in its Asset Recovery Group - Real Estate Capital 1. I have primary responsibility for KeyBank's claims against ESA Mezz, L.L.C., Homestead Village, L.L.C., ESA P Mezz, L.L.C., ESH/Homestead Mezz L.L.C. and Extended Stay, Inc. (collectively, the "Debtors"). Each of the Debtors filed a bankruptcy case in the United States Bankruptcy Court for the Southern District of New York which was jointly administered in the Extended Stay, *et al.*, chapter 11 case at No. 09-13764.

2. I make this declaration based on my personal knowledge.

3. Attached as Exhibits 1 - 5 are true and correct copies of the Proofs of Claim filed by KeyBank, which were filed on January 15, 2010.

Executed on: September 9, 2011

_____
SCOTT CHILDS