CERTIFICATE OF SERVICE

      I hereby certify that on the 9th day of September, 2011, the following documents were served upon counsel of record in this Adversary Proceeding via ECF notification: (1) Joinder of KeyBank National Association in the Opposition of Wachovia Bank, N.A. to the Trustee's Motion to Withdraw the Reference; and (2) Declaration of Scott Childs in Support of the Joinder of KeyBank National Association, in the Opposition of Wachovia Bank, N.A. to the Trustee's Motion to Withdraw the Reference.

      I further certify that on the 9th day of September, 2011, these same documents were served via first class U.S. mail, postage prepaid, upon counsel for Debtors and Debtors in Possession and upon counsel of record in Adversary Proceeding Nos. 11-02398, 11-02254, 11-02255 and 11-02398 as follows:

Jacqueline Marcus
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153
*Attorneys for Debtors and Debtors in Possession*

Marc D. Powers
BAKER 7 HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111
*Attorneys for Walker, Truesdell, Roth & Associates, as Trustee for an on behalf of the Extended Stay Litigation Trust*

Paul M. Basta
KIRKLAND & ELLIS, LLP
602 Lexington Avenue
New York, NY  10022
*Attorneys for the Blackstone Defendants*

Adina Giselle Storch
KASOWITZ, BENSON, TORREST & FRIEDMAN, LLP
1633 Broadway
New York, NY  10019
*Attorneys for the Lightstone and other defendants*

Jonathan D. Martin
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, NY  10017
*Attorneys for Bank of America, N.A., Banc of America Securities LLC and Ebury Finance Limited*

1

Thomas J. Hall
Chadbourne & Parke, LLP
30 Rockefeller Plaza
New York, NY 10112
*Attorneys for Citigroup Global Markets, Inc.*

By: _____
      Jonah Perry