IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>EXTENDED STAY, INC., *et al.*<br><br>Debtors, | Chapter 11 Case No. 09-13764 (JMP)<br><br>(Jointly Administered) |
| WALKER, TRUESDELL, ROTH & ASSOCIATES, as Trustee for and on behalf of Extended Stay Litigation Trust, HOBART TRUESDELL, as Trustee for and on behalf of the Extended Stay Litigation Trust, and THE EXTENDED STAY LITIGATION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>ARCHON GROUP, L.P., individually and as servicer; STARWOOD CAPITAL GROUP GLOBAL, L.P.; DEBT U ESH, L.P., DEBT II ESH, L.P.; WACHOVIA BANK, N.A.; SQUARE MILE CAPITAL MANAGEMENT, LLC; ESH OWNER, LLC; KEYBANK, N.A.; U.S. BANK, N.A., not individually but solely as Trustee for Maiden Lane Commercial Mortgage-Backed Securities Trust 2008-1 and the Federal Reserve Bank of New York; and DOES 1 through 100, inclusive,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Adv. Pro. No. 11-02259 and<br><br>Case No. 11-05864 |

**TO THE ABOVE-CAPTIONED COURT AND PARTIES:**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel to Defendant Keybank National Association, in the within action and demands that all pleadings and documents be served upon the undersigned at the office and post office address stated below, and

all electronically filed documents be transmitted by electronic mail to the address below.

Dated: New York, New York
      October 3, 2011

                                      BUCHANAN INGERSOLL & ROONEY PC

                                      */s/ Kristi A. Davidson*

                                      Kristi A. Davidson, Esq.
                                      1290 Avenue of the Americas, 30th Floor
                                      New York, NY  10104-3001
                                      (212) 440.4562
                                      kristi.davidson@bipc.com
                                      *Counsel for Defendant KEYBANK*
                                      *NATIONAL ASSOCIATION*