UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------

Walker, Truesdell, Roth & Associates
                    Plaintiff,

Case No. 1:11-cv-05864-SAS

-against-

Archongroup et. al.,    Defendant.
---------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Kristi A. Davidson
FILL IN ATTORNEY NAME

My SDNY Bar Number is: KD-4753   My State Bar Number is: _____

I am,
[X] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Buchanan Ingersoll & Rooney PC
            FIRM ADDRESS: One Chase Manhattan Plaza NY, NY 10005
            FIRM TELEPHONE NUMBER: (212) 440-4400
            FIRM FAX NUMBER: (212) 440-4401

NEW FIRM:   FIRM NAME: Buchanan Ingersoll & Rooney PC
            FIRM ADDRESS: 1290 Avenue of the Americas, 30th Fl., NY, NY 10104
            FIRM TELEPHONE NUMBER: (212) 440-4400
            FIRM FAX NUMBER: (212) 440-4401

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 10/5/11

_Kristi A. Davidson_
ATTORNEY'S SIGNATURE